# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JALIL S. REED,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SMITH, UNIT MANAGER SCI-PHOENIX, *et al.*,<br><br>　　Defendants. | Civil No. 1:23-CV-01837<br><br><br><br><br><br>Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 18th day of February, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to partially dismiss, Doc. 17, is **GRANTED** in part and **DENIED** in part.

2. Plaintiff's intentional infliction of emotional distress and negligence claims are **DISMISSED** with prejudice.

3. Plaintiff's failure to intervene, failure to act, failure to supervise, and failure to report claims that exceed the surviving Eighth Amendment deliberate indifference claim are **DISMISSED** without prejudice.

4. The sole surviving claim is an Eighth Amendment deliberate indifference claim raised against all Defendants.

5. Defendants shall file an answer to Plaintiff's amended complaint, Doc. 11, in regards to the surviving Eighth Amendment deliberate indifference claim against all Defendants by **March 18, 2025**.

6. Plaintiff's motion for preliminary injunction, Doc. 31, is **DEEMED** withdrawn.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
